

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00716-CV

Maria **SANCHEZ** d/b/a Progressive Painters,
Appellant

v.

Michael **SCHROECK** and Rebecca Schroeck,
Appellees

From the 33rd District Court, Burnet County, Texas
Trial Court No. 38284
Honorable Guilford L. Jones, III, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and the cause REMANDED to the trial court for further proceedings.

It is ordered that appellant recover her costs of appeal from appellees.

SIGNED June 26, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice